**UNITED STATES of America v. Jackson C. STROMBERG et al.**

**No. 3684.**

Circuit Court of Appeals, Tenth Circuit.

April 6, 1948.

Everett M. Grantham, U. S. Atty., of Santa Fe, N. M., for appellant.

Before PHILLIPS, HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed April 6, 1948, on motion of appellant.

■

**Paul WEADOCK and Detroit Trust Company as Co-Trustees, etc. v. Giles KAVANAGH, individually and as Collector of Internal Revenue, etc.**

**No. 10057.**

Circuit Court of Appeals, Sixth Circuit.

Dec. 13, 1945.

Harold H. Armstrong, of Detroit, Mich., for appellants.

John C. Lehr, U. S. Atty., of Detroit, Mich. and Samuel O. Clark, Jr., of Washington, D. C., for appellee.

Before ALLEN and MARTIN, Circuit Judges, and MILLER, District Judge.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

On consideration whereof, the judgment is affirmed on the grounds and for the reasons stated in the opinion of the District Court, 62 F.Supp. 270.

■

**UNITED STATES ex rel. Joseph QUINN, Appellant, v. J. Vernal JACKSON, Warden, Appellee.**

**No. 144, Docket 20852.**

Circuit Court of Appeals, Second Circuit.

March 16, 1948.

Before L. HAND, SWAN, and FRANK, Circuit Judges.

Joseph J. Quinn, pro se, filed a brief.

Irving Galt, of New York City, for appellee.

PER CURIAM.

Affirmed on opinion below, 78 F.Supp. 70.